15-1823
*Francis v. Kings Park Manor, Inc.*

# United States Court of Appeals
**FOR THE**
**SECOND CIRCUIT**

## ORDER

       At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand twenty.

---

Donahue Francis,

        *Plaintiff-Appellant*,

    v.                                          15-1823

Kings Park Manor, Inc., Corrine Downing,

        *Defendants-Appellees*,

Raymond Endres,

        *Defendant*.

---

       A poll having been conducted and a majority of the active judges of the Court having voted in favor of rehearing this appeal *en banc*, IT IS HEREBY ORDERED that this appeal be heard *en banc*. *See* Fed. R. App. P. 35(a). The oral argument date and briefing schedule will be forthcoming.

                                 FOR THE COURT:
                                 Catherine O'Hagan Wolfe, Clerk